McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIA AHMED MOHSEN HUSSEIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAD WOLF, et al.,<br><br>　　　　　　Defendants. | CASE NO.  2:20-CV-02095-JAM-AC<br><br>STIPULATION AND PROPOSED ORDER RE: DISMISSAL |

This case was transferred to this district from the Northern District of Illinois. While that transfer was in progress, the underlying I-130 petition that is the subject of this mandamus petition was approved. Accordingly, the parties now stipulate to the dismissal of this case in its entirety.

Dated: February 24, 2021
　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:  /s/ AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　By:  /s/ REEM ODEH
　　　　　　　　　　　　　　　　　　　　REEM ODEH
　　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiffs

1

1 ORDER

2 Pursuant to the stipulation of the parties, the case is dismissed.

3

4 Dated: February 24, 2021 /s/ John A. Mendez

5 THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE